**Dismissed and Opinion Filed November 25, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00135-CV**

**IN THE INTEREST OF K.T.W., S.K.W., K.J.W., K.M.W., AND C.R.W., MINOR CHILDREN**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-52418-2017**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

On October 26, 2020, after appellant had failed to file his brief despite three extensions totaling ninety days, we directed appellant to file the brief within ten days. Although we cautioned appellant that failure to comply would result in dismissal of the appeal without further notice, *see* TEX. R. APP. P. 38.8(a)(1), he has not yet filed his brief. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Cory L. Carlyle
CORY L. CARLYLE
JUSTICE

200135F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN THE INTEREST OF K.T.W., S.K.W., K.J.W., K.M.W., AND C.R.W., MINOR CHILDREN

No. 05-20-00135-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas Trial Court Cause No. 429-52418-2017.

Opinion delivered by Justice Carlyle, Justices Myers and Osborne participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 25th day of November, 2020.